UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NORMAN JUNE TRAIL,

       Appellant,

-against-

WASHINGTON MUTUAL BANK, FA,

       Appellee.
---------------------------------------------------------------X

JUDGMENT
05-CV- 0792 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 6 2005 ★

P.M. _____
TIME A.M. _____

  An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 24, 2005, directing that because appellant has failed to prosecute her appeal, and because the Court is unable to contact her, the present appeal is dismissed; it is

  ORDERED and ADJUDGED that appellant take nothing of the appellee; and that the present appeal is dismissed.

Dated: Brooklyn, New York
   May 24, 2005

                /s/
              ROBERT C. HEINEMANN
              Clerk of Court